# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 9/19/2023 |
| Case: 5:23–bk–01954–MJC | Form ID: nthrgreq | Total: 2 |

**Recipients of Notice of Electronic Filing:**

aty    Gregory Benjamin Schiller    Gregory.B.Schiller@usdoj.gov
aty    J. Zac Christman    zac@jzacchristman.com

TOTAL: 2